UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**DUGBLIS LUCIA ROJAS JIMENEZ,**

**Petitioner,**

v.                                                        Case No.  **6:26-cv-1331-CEM-LHP**

**WARDEN, ORANGE COUNTY, FLORIDA ICE DETENTION FACILITY and U.S. ATTORNEY GENERAL,**

**Respondents.**

_____/

**ORDER**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal without prejudice (Doc. 3). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 8, 2026.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record